JUDITH MAY, Appellant, v LORENZO SCOTTO-D'ABUSCO, Respondent.

Submitted December 17, 2012; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in the Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602).

Judge RIVERA taking no part.